# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 20 CR 575 |
| OMAR MAANI, | District Judge John R. Blakey |
| Defendant. | |

## DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND

Defendant Omar Maani, through undersigned counsel, submits the following unopposed motion to modify the conditions of his bond in order to permit him to travel with his family to the island of Aruba from March 26 through April 2, 2023.

1. Mr. Maani was released on a $10,000 unsecured personal recognizance bond on September 4, 2020, with conditions that he submit to supervision by Pretrial Services. No travel restrictions were noted on the defendant's appearance bond.

2. Mr. Maani would like to take his family to the island of Aruba from March 26 through April 2, 2023.

3. The government, by AUSA Tiffany Ardam, has no objection to this application.

4. Pretrial Services has advised that they have no objection to this application.

5. If approved, Mr. Maani would supply Pretrial Services with a detailed itinerary of his trip, including hotel and flight information.

WHEREFORE, defendant Omar Maani respectfully moves for the Court to enter an Order modifying the conditions of his release so as to permit him to travel to the island of Aruba from March 26 through April 2, 2023.

Respectfully submitted,

/s/ Jeffrey H. Lichtman
Jeffrey H. Lichtman

Law Offices of Jeffrey Lichtman
11 E. 44th Street, Ste. 501
New York, New York 10017
Ph: (212) 581-1001
Email: JHL@jeffreylichtman.com

Attorneys for Omar Maani

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of January 2023, I electronically filed the DEFENDANT'S MOTION TO MODIFY CONDITIONS OF HIS BOND, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| AUSA Tiffany Ardam | |
| Office of the United States Attorney | U.S. Pretrial Services |
| 219 S. Dearborn, 5th Floor | 219 S. Dearborn, Room 15100 |
| Chicago, IL 60604 | Chicago, IL 60604 |

and hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

/s/ Jeffrey H. Lichtman
Jeffrey H. Lichtman

Law Offices of Jeffrey Lichtman
11 E. 44th Street, Ste. 501
New York, New York 10017
Ph: (212) 581-1001
Email: JHL@jeffreylichtman.com

Attorneys for Omar Maani